# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHAHEEDRA JORDAN, SAHARA CLAIBORNE, LEIAJA CLAIBORNE** | **CIVIL ACTION: 3:21-cv-00048** |
| **VERSUS** | |
| **SID J. GAUTREAUX III; EAST BATON ROUGE PARISH; WARDEN DENNIS GRIMES; JACOB PAGE; KENYAKI DOMINO; DAMIEN KING; MICHAEL BRITT; JUSTIN MINOR; RODNEY JOHNSON; JOE COLEMAN; JERMAINE CRUZ; LIEUTENANT GRANT; CAPTAIN LEADER; JOHN DOE #1; JOHN DOE # 2; JOHN DOE # 3; JOHN DOE # 4; JOHN DOE #5; JOHN DOE #6; CORRECTHEALTH; NURSE BRUMFIELD; NURSE FOY; NURSE CHAPMAN; CARLO MUSSO; JEAN LLOVET; ABC INSURANCE COMPANY** | **JUDGE JOHN W. DEGRAVELLES**<br><br>**MAGISTRATE JUDGE SCOTT D. JOHNSON** |

## JOINT MOTION FOR FINAL DISMISSAL

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Shaheedra Jordan, Sahara Claiborne, and Leiaja Claiborne ("Plaintiffs"), and Defendants, Sheriff Sid J. Gautreaux, III, in his capacity as Sheriff of East Baton Rouge Parish, Lieutenant Colonel Dennis Grimes, Warden of the East Baton Rouge Parish Prison, Corporal Jacob Page, Deputy Kenyaki Domino, Corporal Damien King, Corporal Michael Britt, Corporal Justin Minor, Deputy Rodney Johnson, Deputy Joe Coleman, Sergeant Jermaine Cruz, Lieutenant Grant, and Captain Leader (hereinafter collectively referred to as "Sheriff Defendants"), who move for a final order of dismissal with prejudice as to the Sheriff Defendants due to the settlement of Plaintiffs' claims against the Sheriff Defendants.

1.

Plaintiffs and Defendants filed a Joint Notice of Settlement and Motion for 90-Day Order of Dismissal notifying the Court that Plaintiffs had resolved their claims against the Sheriff Defendants and requesting a ninety-day conditional order of dismissal pending a ruling on a petition to appoint tutrix and approval of the minor settlement and finalization of the settlement. (Rec. Doc. 101).

2.

The Court granted the ninety-day conditional order of dismissal. (Rec. Doc. 102 (text entry)).

3.

This case has now been settled in full. The petition to appoint tutrix and approval of minor settlement has been granted, and all settlement proceeds have been received.

**WHEREFORE**, Plaintiffs and Sheriff Defendants JOINTLY pray for a final dismissal of Sheriff Defendants with prejudice.

Respectfully submitted:

**ERLINGSON BANKS, PLLC**

*/s/ Catherine S. St. Pierre*
MARY G. ERLINGSON (#19562)
CATHERINE S. ST. PIERRE (#18419)
One American Place
301 Main Street, Suite 2110
Baton Rouge, Louisiana 70801
Telephone: (225) 218-4446
Facsimile: (225) 246-2876

*Counsel for Sheriff Defendants*

AND

*/s/ Adrian M. Simm, Jr.*

>Adrian M. Simm, Jr. (#36673)
>Lance C. Unglesby (#29690)
>**Unglesby Law Firm**
>607 St. Charles Ave., Ste. 300
>New Orleans, LA 70130
>Phone: (504) 345-1390
>Facsimile: (504) 324-0835
>adrian@unglesbylaw.com
>
>*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has this day been served on all counsel of record by electronic filing with the Clerk of this Court and using the CM/EMF System.

Baton Rouge, Louisiana, this 21st day of April, 2025.

>*/s/ Catherine St. Pierre*
>Catherine S. St. Pierre