# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHAHEEDRA JORDAN, SAHARA CLAIBORNE, LEIAJA CLAIBORNE** | **CIVIL ACTION: 3:21-cv-00048** |
| **VERSUS** | |
| **SID J. GAUTREAUX III; EAST BATON ROUGE PARISH; WARDEN DENNIS GRIMES; JACOB PAGE; KENYAKI DOMINO; DAMIEN KING; MICHAEL BRITT; JUSTIN MINOR; RODNEY JOHNSON; JOE COLEMAN; JERMAINE CRUZ; LIEUTENANT GRANT; CAPTAIN LEADER; JOHN DOE #1; JOHN DOE # 2; JOHN DOE # 3; JOHN DOE # 4; JOHN DOE #5; JOHN DOE #6; CORRECTHEALTH; NURSE BRUMFIELD; NURSE FOY; NURSE CHAPMAN; CARLO MUSSO; JEAN LLOVET; ABC INSURANCE COMPANY** | **JUDGE JOHN W. DEGRAVELLES**  **MAGISTRATE JUDGE SCOTT D. JOHNSON** |

## ORDER

Considering the foregoing Joint Motion for Final Dismissal:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** the aforementioned motion is **GRANTED**, and this Court grants a final dismissal of Defendants Sheriff Sid J. Gautreaux, III, in his capacity as Sheriff of East Baton Rouge Parish, Lieutenant Colonel Dennis Grimes, Warden of the East Baton Rouge Parish Prison, Corporal Jacob Page, Deputy Kenyaki Domino, Corporal Damien King, Corporal Michael Britt, Corporal Justin Minor, Deputy Rodney Johnson, Deputy Joe Coleman, Sergeant Jermaine Cruz, Lieutenant Grant, and Captain Leader, with prejudice.

Thus, done and signed this _____ day of _____, 2025 in Baton Rouge, Louisiana.

_____
**UNITED STATES DISTRICT COURT JUDGE**